UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCHANTED IP LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No. CV 19-07572-AB (MAAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

**THE COURT** having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Court's Order to Show Cause is discharged.

Dated:  January 28, 2020        _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE